**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **Jennifer Lynn Mansel,** | : |
| | : |
| **Plaintiff,** | :    **Civil Action No. 2:26-cv-01464** |
| | : |
| **v.** | : |
| | : |
| **Trans Union, LLC, Experian** | : |
| **Information Solutions, Inc., Equifax** | : |
| **Information Services, LLC, and Bank of** | : |
| **America, N.A.,** | : |
| | : |
| **Defendants.** | : |
| | : |

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND**
**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

Plaintiff Jennifer Lynn Mansel respectfully notifies the Court that Plaintiff and Defendant

Equifax Information Services, LLC have agreed to settlement in principle and will have all details

of the settlement fully established within 30 days along with a Local Rule 41.1(b) letter to the

Court confirming that the action against Defendant should be dismissed with prejudice.

Respectfully submitted,

**THE KIM LAW FIRM, LLC**

BY:  */s/ Richard H. Kim*
Richard Kim, Esquire
PA Attorney I.D. No.: 202618
1515 Market St., Suite 1200
Philadelphia, PA 19102
Ph. 855-996-6342/Fax 855-235-5855
rkim@thekimlawfirmllc.com

*Attorney for Plaintiff Jennifer Lynn Mansel*

Dated: June 17, 2026

## <u>CERTIFICATE OF SERVICE</u>

I, Richard Kim, Esquire, certify that a true and correct copy of this document was caused to be filed on June 17, 2026, and the Court's CM/ECF system will send notification to all counsel of record.

*/s/ Richard Kim*
Richard Kim, Esquire
