

**RICHARD H. KIM,** ESQUIRE
☎ 855-996-6342    📠 855-235-5855
rkim@thekimlawfirmllc.com

**REPLY TO:**    1515 Market Street, Suite 1200    Philadelphia, PA 19102-1932

June 23, 2026

***Via ECF***
The Honorable Mia Roberts Perez
Judge, United States District Court
10613 U.S. Courthouse, Courtroom 10-B
601 Market Street
Philadelphia, PA 19106

>          **Re:    Jennifer Lynn Mansel v. Trans Union, LLC,** *et al.*
>                   **United States District Court, EDPA**
>                   <u>**Case No. 2:26-cv-01464**</u>

To The Honorable Mia Roberts Perez:

My Firm represents Plaintiff in the above referenced matter. Pursuant to Local Rule 41.1(b), please allow this letter to confirm that Plaintiff has resolved the matter with Defendant Equifax Information Services, LLC ("EQ"). Accordingly, we respectfully request that Your Honor issue an order dismissing Defendant EQ with prejudice, with the Parties to be responsible for their costs and fees in this action, pursuant to the agreement of counsel.

We thank Your Honor for the kind consideration of this request.

Respectfully submitted,

**THE KIM LAW FIRM, LLC**

BY: <u>/s/ *Richard H. Kim*</u>
      Richard H. Kim

RHK/ab

CC: Counsel of record (via ECF)