IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER LYNN MANSEL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION | : | NO.  26-1464 |
| SOLUTIONS, INC., et al. | : | |

O R D E R

AND NOW, this 24th day of June, 2026, it having been reported that the issues between the plaintiff, Jennifer Lynn Mansel, have been settled with defendant, Equifax Information Services, LLC, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice.

It is further ORDERED that all pending motions are DENIED as moot.  The Clerk of Court is directed to statistically close this matter as to defendant Equifax Information Services, LLC, only.

**GEORGE WYLESOL,** Clerk of Court

By: /s/ Mia Harvey
    Mia Harvey
    Courtroom Deputy to Judge Mia R. Perez